# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ARREDONDO YI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3289 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Arredondo Yi filed this action seeking a declaration that he is a United States citizen. Mr. Yi recently notified the court that the Immigration Judge granted him relief in his underlying removal case. (Docket Entry No. 42, at 2). By June 26, 2015, counsel for petitioner and the United States must each update the court, in five pages or fewer, on how this affects the United States's pending motion to dismiss.

SIGNED on June 18, 2015, at Houston, Texas.

                                    _____
                                              Lee H. Rosenthal
                                         United States District Judge